UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VELODYNE LIDAR, INC., <br><br> Plaintiff, <br> v. <br> HESAI PHOTONICS TECHNOLOGY CO., LTD., <br><br> Defendant. | CASE NO. 5:19-cv-04742-EJD <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 |

This matter comes before the Court on Defendant Hesai Photonics Technology Co., Ltd.'s Motion to Stay this action pending the resolution of *In the Matter of Certain Rotating 3-D LiDAR Devices and Products Containing the Same (Including Autonomous Vehicles, Unmanned Aerial Vehicles, Industrial Machines, and Robotics), and Components Thereof*, U.S. International Trade Commission, Investigation No. 337-TA-1173.  Having considered the Motion ~~and any paper filed~~ and based upon Defendant's representation that the motion is unopposed ~~in support or response thereto,~~ the Motion to Stay is hereby GRANTED.  The parties shall file status reports every six months to update the court on the status of the ITC action.

**IT IS SO ORDERED.**

Dated:  October 11, 2019                              _____
                                                                     The Honorable Edward J. Davila
                                                                     United States District Judge
                                                                     Northern District of California