1  Douglas E. Lumish (CA 183863)
   doug.lumish@lw.com
2  Jeffrey G. Homrig (CA 215890)
   jeff.homrig@lw.com
3  Patricia Young (CA 291265)
   patricia.young@lw.com
4  LATHAM & WATKINS LLP
   140 Scott Drive
5  Menlo Park, California 94025
   Telephone: 650-328-4600
6  Facsimile: 650-463-2600

7  Attorneys for Plaintiff
   Velodyne Lidar, Inc.

   Mark Yeh-Kai Tung (CA 245782)
   marktung@quinnemanuel.com
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   555 Twin Dolphin Dr., 5th Floor
   Redwood Shores, California 94065
   Telephone: 650-801-5000
   Facsimile: 650-801-5100

   Attorney for Defendant
   Hesai Photonics Technology Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Velodyne Lidar, Inc.,<br><br>    Plaintiff,<br><br> vs.<br><br>Hesai Photonics Technology Co., Ltd.,<br><br>    Defendant. | CASE NO. 5:19-cv-04742-EJD<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Edward J. Davila<br>Date Action Filed: August 13, 2019 |

Pursuant to the Court's October 11, 2019 Order Granting Defendant's Unopposed Motion to Stay in the above-captioned case, Plaintiff Velodyne Lidar, Inc., and Defendant Hesai Photonics Technology Co., Ltd., submit this Joint Status Report.[1]

The International Trade Commission ("ITC") Investigation *In the Matter of Certain Rotating 3-D LiDAR Devices, Components Thereof, and Sensing Systems Containing the Same*, Investigation No. 337-TA-1173 (the "ITC Matter"), remains pending.

On January 15, 2020, Administrative Law Judge McNamara held a Claim Construction Hearing. On March 13, 2020, the Commission "ordered that all in-person hearings in Section 337 Investigations that are scheduled to occur within the next 60 days be postponed and re-scheduled." *Id.*, Order No. 21, at 1. The hearing for the ITC Matter was originally "scheduled to occur between May 6-8, and May 11-12, 2020." *Id.* Thus, the ITC Matter hearing has been "postponed by Commission Order." *See id.*

On March 18, 2020, the ALJ McNamara held a teleconference with the parties. *Id.*, Order No. 23, at 1. As a result of the teleconference, ALJ McNamara ordered "that the Procedural Schedule be suspended for 45 days for all active tasks except for discovery the Parties have agreed can be completed, such as document production." *Id.* at 2. Another teleconference "will be scheduled in or about May 1, 2020 to revisit the status of the Procedural Schedule." *Id.*

Dated: April 10, 2020

Respectfully submitted,

By: /s/ *Douglas E. Lumish*
  Douglas E. Lumish

Douglas E. Lumish (CA 183863)
doug.lumish@lw.com
Jeffrey G. Homrig (CA 215890)
jeff.homrig@lw.com
Patricia Young (CA 291265)
patricia.young@lw.com

---

[1] By joining this Status Report, Defendant does not waive and expressly reserves any and all defenses, specifically including but not limited to the defenses of lack of personal jurisdiction and/or insufficiency or invalidity of service of the Summons and Complaint. Defendant's limited appearance and this Joint Status Report shall not be construed as a submission to the jurisdiction of this Court or a waiver of or consent to service of the Summons and Complaint.

|   |   |
|---|---|
| | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| | Menlo Park, California 94025 |
| | Telephone: 650-328-4600 |
| | Facsimile: 650-463-2600 |
| | |
| | Attorneys for Plaintiff |
| | Velodyne Lidar, Inc. |

By: /s/ *Mark Yeh-Kai Tung*
   Mark Yeh-Kai Tung

Mark Yeh-Kai Tung (CA 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

Attorney for Defendant
Hesai Photonics Technology Co., Ltd.

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 10, 2020         By:   */s/ Douglas E. Lumish*
                                     Douglas E. Lumish